FILED EXP06
KING COUNTY, WASHINGTON
JUN 30 2014
SUPERIOR COURT CLERK
LESLIE J. KEITH
DEPUTY

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98005
(425) 454-5500

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| H-P Properties/all star, llc., a Washhington limited liability company, as assignee of BGPI. LLC<br><br>Plaintiff,<br><br>vs.<br><br>SAM A. ADAMS and ERIKA M. ADAMS, husband and wife and the martial community thereof; HOLLYSTONE HOLDINGS, INC., and WEST SEATTLE ATHLETIC CLUB, LLC,<br><br>Defendants. | Case No. 14-2-12618-2KNT<br><br>ORDER TO ORDER TO SHOW HEARING |

This matter having come on for hearing on June 30, 2014 @ 9:00 a.m., and the Court being informed that the individual Defendants, Sam A. Adams and Erika M. Adams, tenants, have filed for relief under Chapter 11 of the Bankruptcy Code in advance of the hearing, it is now, therefore

ORDER TO ORDER TO SHOW HEARING - 1

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98005
(425) 454-5500

ORDERED as follows:

1. Plaintiff's Show Cause Hearing set for June 30, 2014 @ 9:00 a.m. is hereby stricken.

DATED: June 30th, 2014.

_____
~~Judge~~/Court Commissioner
Terence Wong
Pro Tem

Prepared and Presented by:

_____
Lawrence K. Engel, WSBA #8421
40 Lake Bellevue #100
Bellevue, WA 98005
Telephone: (425) 454-5500
Fax: (425) 836-8668
Counsel for Defendants Adams, Individually

(425) 454-5500
Fax (425) 836-8668
engelonwroy@hotmail.com

ORDER TO ORDER TO SHOW HEARING - 2

Lawrence K. Engel
Attorney at Law
40 Lake Bellevue #100
Bellevue, WA 98005
(425) 454-5500

Exhibit D-1