Hon. Marc L. Barreca
Chapter: 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>SAM A. ADAMS and ERIKA M. ADAMS,<br><br>Debtors. | NO. 14-15003-MLB<br><br>DECLARATION OF LISA MAY |

I, Lisa May, declare as follows:

1. I am over the age of eighteen (18), competent to testify herein, and I make this declaration based on my own personal knowledge.

2. I make this declaration in support of the *Ex Parte* Motion for Order Authorizing Property Inspection (the "**Motion**"). Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

3. Sam and Erika Adams have rented the Property from my husband, Rodger, and me since January 2013. (They began making renovations to the Property in November 2012, but moved in January 2013 and we agreed rent payments would begin at that time.)

4. Rodger and I would like to have our designated representative, Robert Chamberlin, conduct an inspection—and take photographs—of the interior and exterior of the

DECLARATION OF LISA MAY - 1

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

Property for purposes of assessing the condition of the Property and obtaining an appraisal of the Property.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 12th day of August, 2014.

*/s/ Lisa May*
Lisa May

DECLARATION OF LISA MAY - 2

CAIRNCROSS & HEMPELMANN, P.S.
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

{02615242.DOCX;1}