```
 1  David M. Tall                              Hon. Marc Barreca
    Oseran, Hahn, P.S.                        Hearing Date: September 5, 2014 @ 9:30 am
 2  10900 NE Fourth Street, Suite 1430        Response Date: August 29, 2014
    Bellevue, WA 98004
 3  (425) 455-3900
```

                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE

No. 14-15003-MLB

IN RE:

SAM A. ADAMS and ERIKA M. ADAMS,

Debtors.

**CREDITOR H-P PROPERTIES/ALL STAR, LLC'S MOTION FOR RELIEF FROM STAY BASED UPON DEBTORS FAILURE TO MAKE PAYMENTS AS COMPELLED BY COURT ORDER**

## NOTICE OF HEARING

TO:      THE CLERK OF THE COURT

AND TO:  Sam A. Adams and Erika M. Adams, Debtors
         Lawrence K. Engel, Attorney for Debtor

PLEASE TAKE NOTE that Creditor H-P Properties/All Star, LLC ("Creditor"), Landlord of those premises located at 2629 SW Andover Street, Seattle, Washington 98126, through its attorney of record, Oseran Hahn, P.S., David M. Tall, of counsel will present and issue of law in
CREDITOR H-P PROPERTIES/ALL STAR, LLC'S MOTION
FOR RELIEF FROM STAY BASED ON DEBTORS FAILURE
TO MAKE PAYMENTS AS COMPELLED BY COURT ORDER-
1
F:\DMT\HRP\Allstar\Motion for Relief from Stay.doc 8/12/14 (mer)
#98431.008

OSERAN HAHN P.S.
10900 NE Fourth Street #1430
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

Case 14-15003-MLB    Doc 72    Filed 08/13/14    Ent. 08/13/14 10:51:39    Pg. 1 of 2

1 this case which will be heard on the date below Clerk of the Court is requested to note this issue on
2 Judge Barreca's calendar for that day.
3     <u>Hearing Date and Time</u>. September 5, 2014 @ 9:30 a.m.
4     <u>Location</u>. U.S. Bankruptcy Court, 700 Stewart St., Courtroom 7106, Seattle, WA.
5     <u>Nature of Motion</u>. The Motion is for Relief from Stay based upon Debtor's failure to
6 comply with this Court's order of August 11, 2014. The motion is sought pursuant to the authority
7 granted under 11 U.S.C § 362 and 365.
8     Your response to this motion must be filed and served at least seven days prior to the date
9 of the hearing; if no response is filed within this time the Court may in its discretion grant the
10 motion prior to the hearing without further notice.

## MOTION

COMES NOW Creditor by and through its attorneys of record, Oseran Hahn, P.S., David M. Tall of counsel, and moves the Court for entry of an order for relief from stay to allow the Creditor to pursue its state remedies including seeking an order for a writ of restitution of the subject premises based upon Debtor's failure to comply with this Court's Order, entered of record on August 11, 2014.

This Motion is a based upon the Declarations of John Pietromonaco and David M. Tall filed contemporaneously herewith.

DATED: August 13, 2014.

    OSERAN, HAHN, P.S.

    By _/s/ D M Tall_
    DAVID M. TALL, WSBA #12849
    Attorney for H-P PROPERTIES/ALL STAR, LLC

CREDITOR H-P PROPERTIES/ALL STAR, LLC'S MOTION
FOR RELIEF FROM STAY BASED ON DEBTORS FAILURE
TO MAKE PAYMENTS AS COMPELLED BY COURT ORDER- 2

F:\DMT\HRP\Allstar\Motion for Relief from Stay.doc 8/12/14 (mer)
#98431.008

OSERAN HAHN P.S.
10900 NE Fourth Street #1430
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

Case 14-15003-MLB    Doc 72    Filed 08/13/14    Ent. 08/13/14 10:51:39    Pg. 2 of 2